**SEALED**

**FILED**
FEB 22 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND DALE DUDLEY,<br><br>Defendant. | Case No. 22 CR 52 GKF<br><br>FILED UNDER SEAL<br><br>INDICTMENT<br>[COUNT ONE: 18 U.S.C. §§ 1151, 1153, and 2241(c) – Aggravated Sexual Abuse of a Minor Under 12 in Indian Country;<br>COUNT TWO: 18 U.S.C. §§ 1151, 1153, and 2243(a) – Abusive Sexual Contact with a Minor in Indian Country] |

THE GRAND JURY CHARGES:

## COUNT ONE
**[18 U.S.C. §§ 1151, 1153, and 2241(c)]**

Beginning in or about March 1, 2008, and continuing through in or about March 2012, more exact dates being unknown to the Grand Jury, within Indian Country in the Northern District of Oklahoma, the defendant, **RAYMOND DALE DUDLEY**, an Indian, knowingly engaged in sexual acts with S.D., a child known to the Grand Jury who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 1151, 1153, 2241(c), and 2246(2).

## COUNT TWO
## [18 U.S.C. §§ 1151, 1153, and 2243(a)]

In or about March 2012, and continuing through in or about April 26, 2013, within Indian Country in the Northern District of Oklahoma, the defendant, **RAYMOND DALE DUDLEY**, an Indian, knowingly engaged in sexual acts with S.D., a child known to the Grand Jury who had attained the age of 12 years, but had not attained the age of 16 years, and was at least four years younger than the defendant.

All in violation of Title 18, United States Code, Sections 1151, 1153, 2243(a), and 2246(2).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

_____
CHANTELLE DIAL
Assistant United States Attorney

_/s/ Grand Jury Foreperson_
Grand Jury Foreperson